# SCHLANGER & SCHLANGER, LLP
## ATTORNEYS AT LAW

343 MANVILLE ROAD
PLEASANTVILLE, NEW YORK 10570
TEL: 914-946-1981 FAX: 914-946-2930
DANIEL.SCHLANGER@SCHLANGERLEGAL.COM
WWW.NEWYORKCONSUMERPROTECTION.COM

MICHAEL SCHLANGER, ESQ.
DANIEL A. SCHLANGER, ESQ.*
*ADMITTED IN NY & OH

ELIZABETH SHOLLENBERGER, ESQ.
PETER T. LANE, ESQ.*
*ADMITTED IN NY & MA

MANHATTAN OFFICE
9 East 40th Street, Suite 1300
New York, New York 10016



December 4, 2012

**VIA FAX: (212) 805-7925**

Hon. Robert W. Sweet
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:     Musah v. Houslanger & Associates, PLLC
    Index:  12 Civ. 3207 (RWS)
    Our File:  30899

Your Honor:

    This office represents Plaintiff in the above referenced action. Pursuant to the Court's decision dated 11/16/12 (ECF Document 16), Plaintiff's deadline to amend is 12/6/12. I write to request that this deadline be extended to 12/14/12 (*i.e.* the same day that any motion to reconsider would be due under Fed. R. Civ. P. 59(e)).

    There has been no prior request for an extension of this deadline, and Defendant consents to the request. The requested extension does not affect any other scheduled dates.

Respectfully,

Daniel A. Schlanger

cc:    Jonathan Bruno, Esq.
       Elizabeth Shollenberger, Esq.

*So ordered.*
*Sweet/USDJ*
*12.5.12*