# EXHIBIT A

1764714

ASTA FUNDING ACQUISITION II, LLC
210 SYLVAN AVENUE
ENGLEWOOD CLIFFS, NJ 07632
(201) 569-4488
FAX (201) 569-6198

## ASSIGNMENT

FOR VALUE RECEIVED, Asta Funding Acquisition II, LLC ("Assignor") does hereby assign, transfer and convey to Palisades Collection, LLC ("Assignee") its successors and assigns, all right, title and interest of Assignor in and to those accounts purchased by Assignor from First USA Bank pursuant to a Bill of Sale executed on March 16, 1999.

This Assignment is executed without recourse and without representation of warranty, collectability or otherwise, expressed or implied.

October 1st, 2001
Date

By: Gary Stern, Managing Member
Asta Funding Acquisition II, LLC